**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CHERYL HUFSTETLER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**COMMISSIONER OF SOCIAL** )<br>**SECURITY,** )<br>)<br>Defendant. ) | **CASE NO. 1:10CV1196**<br><br>**MAGISTRATE JUDGE GREG WHITE**<br><br>**JUDGMENT ENTRY** |

Consistent with the Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is affirmed and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

                s/ Greg White
                United States Magistrate Judge

Date: June 17, 2011